**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6084**

_____

BELAY REDDICK,

Plaintiff - Appellant,

v.

PAMELA JUSTICE; MARY M. MITCHELL; J. HOLLETT; JOSEPH NEAL; OSCAR ACOSTA; WANDA HARRIS; ROY LATHROP; WARREN C. HOLLAND; LEE HAMAR; S. TAYLOR; K. JOHNSON; M. CRUZ; S. LANGFORD; B. KEMP; R. CELAYA; D. COLON; D. MERCADO; J. SIMMONS; E. RAYBURN; T. MILLER; R. KELSO; S. LATHROP; T. TALPLACIDO; D. AYOTTE; M. WALKER; D. BARBARENO; E. MCLELLAN; T. GRAVES; J. STIVERS; M. STRONG; M. MOORE; D. FRANKS; F. HILL; F. BROCKINGTON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (2:13-cv-03379-DCN)

_____

Submitted: May 21, 2015        Decided: May 26, 2015

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Belay Reddick, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Belay Reddick appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reddick v. Justice, No. 2:13-cv-03379-DCN (D.S.C. Jan. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED